UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| VS. | 2:18-mj-707-GWF |
| JOSHUA MARTINEZ, | **MINUTES OF THE COURT** |
| | Dated:   OCTOBER 16, 2018 |
| Defendant, | |

PRESENT:

THE HONORABLE **GEORGE FOLEY, JR., U.S. MAGISTRATE JUDGE**

DEPUTY CLERK: E. GARCIA          LIBERTY: 9:47 a.m. – 11:02 a.m./11:13 a.m. – 11:47 a.m.

PRESENT FOR PLAINTIFF: Kilby McFadden, Chad McHenry and Michael Desch, U.S. Deputy Marshal

PRESENT FOR DEFENDANT:     Craig Mueller and Joshua Martinez

**MINUTES OF PROCEEDING:    BENCH TRIAL (DAY ONE)**

The Court convened at 9:47 a.m.

The Court inquires of defense counsel why he did not notify the Court of being late to this hearing.

Defense counsel advises the Court why he was late.

The Court will take the matter under submission regarding sanctions.

The Court makes preliminary remarks and hears representations of counsel as to [15] Motion in Limine.   Exclusionary Rule Invoked.

Opening statements are made by government's counsel and defense counsel.

**Andre Carter** is called to the stand, sworn and testified on direct examination by government's counsel.   **Plaintiffs' exhibit #1, 2 and 3 are marked and admitted into evidence.**

**Andre Carter** cross examination by defense counsel.   The witness is excused.

**Leon Austin** is called to the stand, sworn and testified on direct examination by government's counsel.   **Plaintiffs' exhibit #1, 2 and 3 are marked and admitted into evidence.**

**Leon Austin** cross examination by defense counsel.   The witness is excused.

**Thadd Euskalinowski** is called to the stand, sworn and testified on direct examination by government's counsel.   **Plaintiffs' exhibit # 2 and 3 are marked and admitted into evidence.**

**Thadd Euskalinowski** cross examination by defense counsel.   The witness is excused.

Court recesses at 11:02 a.m. Court reconvened at 11:13 a.m.

**Joshua Martinez** is called to the stand, sworn and testified on direct examination by defense counsel.

**Joshua Martinez** cross examination by government's counsel. **Plaintiffs' exhibit # 4 is marked and admitted into evidence.**

Closing arguments are presented by government's counsel.

Closing arguments are presented by defendant's counsel.

The defendant is found guilty as stated on the record.

The Court proceeds to sentencing and hears representation from government's counsel and defense counsel.

The Court adjourned at 11:47 a.m.

                                      **DEBRA KEMPI, CLERK**
                                      **UNITED STATES DISTRICT COURT**

                                      By:      /s/
                                      E. Garcia, Deputy Clerk